IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STEVE AND SHANNA ARRINGTON                                        PLAINTIFFS

v.                                    Case No. 2:11-CV-02089

MGC MORTGAGE, INC.                                                 DEFENDANT

**O R D E R**

Now before the Court is the Amended Motion of M. Jered Medlock and Morgan S. Doughty to Withdraw as Counsel of record (Doc. 12) for Plaintiffs Steve and Shanna Arrington. The Court, being well and sufficiently advised, finds that the Motion should be GRANTED, and M. Jered Medlock and Morgan S. Doughty are permitted to withdraw as counsel for Plaintiffs. Plaintiffs are hereby **ORDERED** to have another attorney enter an appearance on their behalf or, in the alternative, to advise the Court that they wish to represent themselves in this matter by proceeding without counsel, *pro se.* Such appearance must be entered or notification received **on or before September 26, 2011**. **Plaintiffs are advised that their failure to comply with this order may result in the dismissal of their action**. Should Plaintiffs request an extension of this deadline *before September 26, 2011*, the Court may extend the deadline if Plaintiffs are able to show good cause for why the Court should do so. Mr. Medlock is directed to provide Plaintiffs with a copy of this Order.

IT IS FURTHER ORDERED that the Motion to Withdraw as Attorney (Doc. 11) originally filed by Mr. Medlock should be TERMINATED AS MOOT.

IT IS SO ORDERED this 30th day of August 2011.

/s/ P. K. Holmes, III

P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE